Ronald Harper pleaded guilty and was convicted of robbery in the first degree and was sentenced to 15 years' imprisonment. His appointed counsel has not filed a brief *Page 55 
on appeal. It appears from the record that the appellant is indigent.
This Court has no choice but to grant the motion of the Attorney General. This cause is remanded to the circuit court with directions that that court appoint counsel to represent the appellant unless the appellant makes an on-the-record voluntary, knowing, and intelligent waiver of counsel or waives his right to appeal. The circuit court shall make written findings and forward the same to this Court within 30 days from the date of this order. If the circuit court appoints counsel to represent the appellant, the time for the filing of briefs shall begin to run from the date of that appointment.
REMANDED WITH DIRECTIONS.
All Judges concur.
 ON RETURN TO REMAND